IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR692 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| DEVANTE GLENN, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | <u>CORPUS AD PROSEQUENDUM</u> |
| Defendant. | ) | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Vasile C. Katsaros, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Devante Glenn is now confined in the Mansfield Correctional Institution, Mansfield, Ohio, and is in the custody of the Warden for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and pursuant to said charge is to appear for Arraignment on January 7, 2019, at 10:00 A.M. before the Honorable Magistrate Judge David A. Ruiz in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland, Ohio or their designee, and/or DEA and/or the Ohio Department of Rehabilitation

and Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

          Respectfully submitted,

          JUSTIN E. HERDMAN
          United States Attorney

By:   /s/ Vasile C. Katsaros
      Vasile C. Katsaros (OH: 0067386)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3876
      (216) 522-7499 (facsimile)
      Vasile.Katsaros@usdoj.gov

I, Vasile C. Katsaros, do declare under penalty of perjury that the foregoing is true and correct.

          s/ Vasile C. Katsaros
          Vasile C. Katsaros
          Assistant United States Attorney

Executed on 12/19/2018.